# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:25-cr-00196 |
| | ) | JUDGE CAMPBELL |
| | ) | |
| CALEB RANDALL | ) | |

## MOTION TO SET HEARING FOR CHANGE OF PLEA

Through counsel, Caleb Randall respectfully moves this Court to schedule a change of plea hearing in his case. Mr. Randall has decided to change his plea of not guilty to a plea of guilty pursuant to an agreement with the government. It is the intention of the parties to present the Court with that agreement and plea petition.

This case is currently set for trial on June 16, 2026, at 9:00 a.m. (D.E. 33). Mr. Randall requests the Court grant this motion and set the change of plea hearing at the earliest date convenient to the Court.

Respectfully submitted,

s/ *David Fletcher*
DAVID FLETCHER (BPR#041018)
Assistant Federal Public Defender
164 Rosa L. Parks Blvd
Nashville, Tennessee 37203
615-736-5047

Attorney for Caleb Randall

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2026, I electronically filed the foregoing *Motion to Continue Trial* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Ahmed Safeeullah, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee 37203.

s/ *David Fletcher*
DAVID FLETCHER