# UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF TENNESSEE

# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) **No. 3:25-CR-00196** |
| | ) **Chief Judge Campbell** |
| DAVID RAY STARK | ) |

## MOTION TO SET A CHANGE OF PLEA

Comes now David Ray Stark, by and through appointed counsel of record,

David I. Komisar and hereby respectfully moves this Honorable Court to set

a change of plea hearing in this cause. If convenient with the Court's

calendar, the parties would suggest May 18, 2026, at 2:30 p.m. as the change

of plea hearing date which is the current date for the status conference.

Respectfully Submitted,

S/ David .Komisar_____
David I. Komisar, BPR #9207
Attorney for David Stark
208 3rd Ave. N. Suite 300
Nashville, TN 37201
(615)242-2675
david@komisarlaw.net

## Certificate of Service

I hereby certify that in the 8th day of Maye 2026, a true and correct copy of the foregoing Motion was sent via the CM/ECF system to Senior Trial Attorney, Environmental Crimes Section Matthew T. Morris.

                                        /S/ David I. Komisar
                                        David I. Komisar