# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:25-cr-00196-1

## UNITED STATES OF AMERICA
V.

Judge: William L. Campbell, Jr.

Hearing Date: May 18, 2026

Location: ⊘ Nashville ◯ Columbia ◯ Cookeville

DAVID RAY STARK

Court Reporter: Lise Matthews

(list each defendant appearing at hearing)

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Matthew Morris and Ahmed Safeeullah

Defense Attorney(s): David Komisar

| TRIAL PROCEEDINGS | | NON-TRIAL PROCEEDINGS | |
|---|---|---|---|
| 1. Jury Trial* | ☐ | 7. Initial Appearance/Arraignment | ☐ |
| 2. Non-Jury Trial* | ☐ | 8. Plea Hearing | ☑ |
| 3. Sentencing Hearing Contested* | ☐ | 9. Sentencing Hearing | ☐ |
| 4. Supervised Release Hearing-Contested* | ☐ | 10. Status conference | ☐ |
| 5. Probation Revocation Hearing-Contested* | ☐ | 11. Pretrial Conference | ☐ |
| 6. Other Evidentiary Hearing* | ☐ | 12. Supervised Release Revocation Hearing | ☐ |
| (Describe #6 in comments section below) | | 13. Probation Revocation Hearing | ☐ |
| *For items 1-6, a Witness/Exhibit List is required and must be separately filed.* | | 14. Motion Hearing | ☐ |
| | | 15. Other Proceeding | ☐ |
| | | (Describe #15 in comments section below) | |

JURORS (complete on day 1 only):

| 1. | | 7. | |
|---|---|---|---|
| 2. | | 8. | |
| 3. | | 9. | |
| 4. | | 10. | |
| 5. | | 11. | |
| 6. | | 12. | |
| Alt 1. | | Alt 2. | |

COMMENTS:

- Defendant entered a plea of guilty to Count 1 of the Indictment.
- Defendant waived formal reading of the facts.
- Sentencing set for August 19, 2026, at 1:30 p.m.
- Order to enter.

Total Time in Court: 16 minutes

Clerk of Court

by: Aubrey Mattis

Reset Form